IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ZENAIDA TALAVERA, et al.,** | : |
| *Plaintiff*, | : |
| v. | : |
| **BAYER CORP. et al.,** | : **Civil Action No.: 18-cv-04686** |
| *Defendants*. | : |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereto, through their undersigned counsel, hereby stipulate and agree that the within matter between Plaintiff Zenaida Talavera and Defendants Bayer Corporation, Bayer U.S. LLC, Bayer Healthcare, LLC, Bayer Essure Inc., and Bayer Healthcare Pharmaceuticals, Inc., is hereby settled, discontinued, and ended with each party to bear its own costs and attorney's fees.

BY THE PARTIES:

| | |
|---|---|
| /s/ T. Matthew Leckman | /s/ Christopher R. Boisvert |
| T. Matthew Leckman (PA I.D. No. 92241) | Christopher R. Boisvert (PA I.D. No. 306968) |
| matt@leckmanlaw.com | chip.boisvert@dechert.com |
| LECKMAN LAW | DECHERT LLP |
| 527 Bethan Road | Cira Centre |
| Elkins Park, PA 19027 | 2929 Arch Street |
| Telephone: (215) 635-0584 | Philadelphia, PA 19104-2808 |
| Facsimile: (713) 529-8044 | Telephone: (215) 994-4000 |
| *Counsel for Plaintiffs* | Facsimile: (215) 994-2222 |
| | *Counsel for Defendants Bayer Corp., Bayer U.S. LLC, Bayer HealthCare LLC, Bayer Essure Inc., & Bayer HealthCare Pharmaceuticals Inc.* |

Dated: April 16, 2021